**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8238**

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

JULIUS SOLOMON, a/k/a Chuckie, a/k/a Wic,

            Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Robert G. Doumar, Senior District Judge. (4:02-cr-00120-RGD-FBS-1)

Submitted: April 7, 2009        Decided: April 21, 2009

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Julius Solomon, Appellant Pro Se. William David Muhr, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julius Solomon appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Solomon, No. 4:02-cr-00120-RGD-FBS-1 (E.D. Va. filed Sept. 30, 2008 & entered Oct. 1, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2